| DIST. | OFF. | YR. | | | FILING DATE MO DAY YEAR | | J | N/S | O | D | B PRE FEES | S 23 | AND | JUDGE/ MAG. NO. | COUNTY | JUR. DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 867 | 8 | 85 | 0492 | 5 | 7 | 85 | 3 | 850 | 1 | | | | 10,000 | 31153 | | P | 85-0-492 |

*6712 3-3-89*

| PLAINTIFFS | DEFENDANTS |
|---|---|
| (1) KELLY, Roger L., Mr. & Mrs.; | (1) ROSENBAUM, WISE, LERMAN, KATZ & WEISS LAW FIRM; |
| (2) ACKERMAN, Francis, Mr. & Mrs., | (2) ROSENBAUM, Arthur R.; |
| (3) BODMER, R.E., M.D.; | (3) WISE, Aaron N.; |
| (4) BORDEN, Donald E.; | (4) LERMAN, Marvin S.; |
| (5) BRINKMAN, Robert W.; | (5) KATZ, Elliot L.; |
| (6) DeBACA, Larry J.; | (6) LEWIS, Jeffrey S.; |
| (7) GRIMES, J. Timmy; | (7) MASUR, Allan A.; 6/12/87 |
| (8) JENSEN, Wayne E.; | (8) WEISS, Stephen A.; |
| (9) KOONTZ, G.F., Mr. & Mrs.; | (9) FORNEY, Craig; |
| (10) KRAL, Charles J., Mrs. & Mr.; out 10/19/89 | (10) FORNEY, Kathleen; |
| (11) LUTZ, Stanley, Dr. & Mrs.; | (11) TOPOLSKI, Nancy; |
| (12) NIELSEN, John W.; | (12) BASILI, Raymond; |
| (13) STEIN, Greg.; | (13) SCHROEDER, Bradley; |
| (14) THOMAS, Don, Mr. & Mrs.; | (14) GEWECKE, Alan; |
| (15) THOMAS, Robert G., Mr. & Mrs.; | (15) PEARSON, Stanley; |
| (16) VISTY, B.J., Mr. & Mrs.; | (16) MUSIC LEASING COMPANY, A Division of IFC Leasing Corporation |
| (17) YOUNG, Melvin, Mr. & Mrs. | (17) THE FINANCIAL PLANNING CORP. OF AMERICA |

JUDGE CAMBRIDGE

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
15 U.S.C. Sec. 78aa Security Fraud Suit

Related to CV 85-0-493
85-0-779-785 & consolidated re: Pldg. disc. & Mots.

(1-17) James E. Bachman
Christian R. Blunk
BACHMAN & BLUNK
2580 So. 90th St.
Omaha, NE  68124

(10) George T. Qualley/QUALLEY & ASSOCIATES

(9,10) George O. Rebensdor.
10801 Pacific St., Ste. #1
Omaha, NE  68154
393-4233

St. of NE; Dept. of Banking & Finance Bur. of Securities

Robert M. Spire, Atty. Gen.
LeRoy W. Sievers, AAG
2115 State Capitol
Lincoln, NE 68509    471-2682

Robert S. Woodruff
NE Dept. of Banking & Finance
301 Centennial Mall South
Lincoln, NE 68509-5006  471-3445

(19) Daniel E. Klaus  4-18-87
1201 Lincoln Mall, Ste. 102
Lincoln, NE  68508
402-475-5100

(1-7) P. Shawn McCann
Sodoro, Daly
200 Century Prof. Plz., 7000 Spring St.
Omaha, NE  68106
397-6200

Marvin G. Pickholz  5-30-87  3-31-87
2000 Pennsylvania Aven, NW
Washington, DC 20006
463-7887

(13) W. Russell Bowie   7-31-85
Ashford & Bowie
514 S. 13th St.
Omaha, NE 68102   345-5831

(18) Venteicher, Laughlin, Peterson & Lang
Kelly S. Breen
11306 Davenport Street
Omaha, Nebraska 68154
(330-1900)

(17) Peter C. Wegman
1201 Lincoln Mall, Suite 102
Lincoln, NE  68508
475-5087

see add sh

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | STATISTICAL CARDS | |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | May., 1985 |
| | | | | JS-6 | July 4, 1989 |

UNITED STATES DISTRICT COURT DOCKET                             DC-111 (Rev. 9/81)

111A
:v. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-492 |
|---|---|---|
| ROGER L. KELLY, et al | ROSENBAUM, WISE, LERMAN, KATZ & WEISS, ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |

Additional D's Cont'd from Page 1

(18) CARDELL & ASSOCIATED INCORPORATED
1-10-87 (19) ~~FINANCIAL PLANNERS EQUITY CORPORATION;~~
(20) DOE, John;
(21) DOES, John


(9, 10, 17) George Rebensdorf (Daub, Haggart)
10801 Pacific St., Ste. 1
Omaha, NE 68154    393-4233


(Ps 1&11) Jerome J. Ortman
Suite 201, Westmark Plz
10707 Pacific St.
Omaha, NE  68114
402-393-3013


85-0-78 counsel for P
Robert J. Becker
Stalnacker, Becker et al
~~P.O. Box 24268~~ II Quavautee Centre, #325
~~Omaha NE 68124~~ 8805 Indian Hills Dr.
Omaha, NE 68114

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 | | |
| May 7 | 1. | Complaint w/req. for Jury Trial at Omaha. |
| | 2. | Praecipe to w/hold summons on Nancy Topolski, Bradley Schrieder & Alan Gewecke. Issued Summons – handed to P's Counsel. |
| Jun 27 | 3. | Summons w/retn. (4). Issued Alias Summons (Schroeder)-handed to P's counsel. |
| Jul 17 | 4. | D, Financial Plannters Equity Corp.'s Mot. to Dismiss for Failure to Plead w/ particularity. |
| Jul 18 | 5. | Df Bradley Schroeder's Request For Extension of Time to file answer. |
| | 6. | Clerk's Order that Df Bradley Schroeder granted extension of time to 8/19/85 to answer the complaint. Copies mailed to counsel. |
| Jul 26 | 7. | Appearance of Counsel for Ds, Rosenbaum, etal. |
| | 8. | Ds, Rosenbaum, etal's Mot. to Consolidate & Mot. for Ext. of time to answer. |
| Jul 31 | 9. | D, Bowie's Mot. to w/draw as counsel for D. Bradley Schroeder. |
| | 10. | Affidavit of W. Russell Bowie. |
| | 11. | Order (CAB) that Mot. of W. Russell Bowie to w/draw as counsel for Schroeder is granted. Cooy mailed to counsel. |
| | 12. | D, Weiss Mot. to Consolidate & Mot. for Ext. of Time. |
| | 13. | Appearance of P. Shawn McCann as counsel for D, Weiss. |
| Aug 6 | 14. | W/drawal of W. Russell Bowie as counsel for Bradley Schroeder. |
| | 15. | P's Mot. for Leave to Amend Complaint w/attached Amended Complaint. |
| | 16. | P's Resistance to Financial Planners Mot. to Dismiss. |
| | 17. | D's Mot. for Ext. of time to plead. |
| Aug 12 | 18. | Order (CAB) that Dfs Rosenbaum, Wise, Lerman, Katz & Weiss Law Firm, Arthur Rosenbaum, Aaron Wise, Marvin Lerman, Elliot Katz, Jeffrey Lewis, Allan Masur & Stephen Weiss have 20 days from receipt of Amended Complaint from Pls in which to answer. Copies mailed to counsel. |
| Aug 16 | 19. | Answer of Df Cardell & Associates, Inc. and Motion To Dismiss Pls' Fourth and Fifth Cause of Action. |
| | 20. | Voluntary Appear. of D, Kathleen Forney. |
| | 21. | Voluntary Appear. of D, Craig Forney. |
| Aug 20 | 22. | D's Cert. of Serv. re: Ans. & Memorandum Brief. |
| Aug 28 | 23. | P's Mot. for Ext. of Time to Resp. to D's Forney's Obj. to P's Mot. for Leave to Amend. |
| | 24. | P's Mot. for Ext. of Time to Resp. to D, Cardell & Associates' Mot. to Dismiss P's 4th & 5th Causes of Action. |
| Aug 29 | 25. | Order (CAB) that D, Financial Planners Mot. (#4) to dismiss is denied as moot; Ps' Mot. (#15) to file amended complaint granted instanter; Mot. to consolidate (#8,12) are granted in part; cases consolidated for pldgs., disc. & mots.; pldgs. to be filed in appropriate files; Mot. for ext. of time (#8,12) are denied as moot, etc. Copies mailed to counsel. |
| | 26. | Amended Complaint. |
| Sep 4 | 27. | Ps' Resistance to Mots. to Dismiss by Ds, Cardell & Assoc. |

111A
ev. 1/75

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-492 |
|---|---|---|
| ROGER L. KELLY, et al | ROSENBAUM, WISE, LERMAN KATZ & WEISS LAW FIRM, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1985** Sep 13 | 28. | Order (CAB) that P's Mot. (#23&24) are denied. Copy mailed to counsel. |
| Sep 19 | 29. | Df Cardell & Associates, Inc.'s Amended Answer and Motion To Dismiss Fourth and Fifth Causes of Action of Amended Complaint. |
|  | 30. | Df Cardell & Associates, Inc.'s Motion To Dismiss Fourth and Fifth Causes of Action of Amended Complaint. |
| Sep 27 | 31. | P's Resistance to Mot. to Dismiss the 4th & 5th Causes of Action of Amended Complaint by Cardell & Associates, Inc. |
| Oct 10 | 32. | P's Amended Complaint. |
| Nov 18 | 33. | Dfs Craig Forney and Kathleen Forneys' Motion To Dismiss For Failure to Plead With Particularity. |
| Dec 2 | 34. | P's Resistance to Mot. to Dismiss for Failure to Plead w/particularity by Craig Forney & Kathleen Forney. |
| Dec 13 | 35. | Mot. of Ds, Rosenbaum, Wise Law Firm; Rosenbeaum; Wise; Lerman; Katz, Lewis; Masur & Weiss to Dismiss Complaint & Amended Complaints. |
|  | 36. | Ds. (#35) Req. for Oral Arg. |
|  | 37. | Ds. (#35) Mot. to Consolidate & Mot. for Ext. of time. |
|  | 38. | Ds' (#35) Filing of Documentary Evidence in Support of Mot. to Dismiss. |
| Dec 16 | 39. | St. of NE, Dept. of Banking & Finance Burea of Securities' Mot. for leave to file Brief as an Amicus Curiae. |
| **1986** Jan 16 | 40. | cases Order (CAB) that Mot. to consolidated/is granted in part only for the purposes of Pldgs., Disc., & Mots.; Mot. of certain Ds for ext. of time to ans is granted Mot. of State of Ne. Dept. of Banking for leave to file brief is granted. Copy mailed to counsel. |
| Jan 31 | 41. | Pls' Resistance to Motion To Dismiss Complaint against Dfs Rosenbaum, Wise Law Firm, Arthur Rosenbaum, Aaron Wise, Marvin Lerman, Elliot Katz, Jeffrey Lewis, Allan Masur and Stephen Weiss. |
|  | 42. | Pls' Request For Oral Argument on their Motion of Resistance. |
|  | 43. | Pls' Filing of Documentary Evidence In Support of Resistance of Dfs' Motion to Dismiss. |
| Feb 12 | 44. | Ds, Rosenbaum, etal's Mot. for leave to file reply memorandum. |
| Mar 3 | 45. | Order (CAB) that Ds' Mot. for leave to submit reply brief granted by 3-3-86. Copies mailed to counsel. |
|  | 46. | Ds, Rosenbaum, etal's Amended Mot. for leave to file reply memorandum. |
| Mar 6 | 47. | Pls' Certificate of Service of Request to Produce. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE 1986 | NR. | PROCEEDINGS |
|---|---|---|
| Mar 24 | 48. | Pls' Mot. for Leave to File Brief in resistance. |
| | 49. | Pls' Filing of Documentary Evidence in support of resistance. |
| Jun 17 | 50. | P's Mot. for Leave to File a Suppl. Meme. Brief. |
| Jun 18 | 51. | Order (CAB) that Ps' motion to submit suppl. memo. brief is granted. Ds shall have 7 days from date of this Order to submit a responsive brief if they so choos Copies mailed to counsel. |
| Jul 10 | 52. | Appearance of Christian R. Blunk as counsel on behalf of Ps. |
| Aug 13 | 53. | Rosenbaum Ds' Mot. for Leave to File Supplemental Surreply Memorandum. |
| Aug 19 | 54. | P's Resistance to D's Rosenbaum, et al Mot. for Leave to file a suppl. surreply memo. |
| Aug 29 | 55. | Order (CAB) that Ds' Mo.t. (#53) is sustained; leave to serve suppl. memo is gra P's Resistance (#54) is overruled. Copy mailed to counsel. |
| | 56. | Order (CAB) that Mots. in CV 85-0-492; Mot. (#30) is denied; Mot. (#33) is denie (#35) is denied; (#36) is denied; (#42) is denied; (#46) is is granted; Mot. (48) is granted. Copy mailed to counsel. |
| Sep 8 | 57. | Ds' Rosenbaum Law Firm, Rosenbaum; Wise; Lerman, Katz; Lewis; Masur & Weiss' Ans to Amended Complaint. |
| Sep 17 | 58. | Scheduling Order (CAB) for 9-25-86 @ 9:30. Copy mailed to counsel. |
| Sep 26 | 59. | Order (CAB) that progression order be entered & order on RICO claims. |
| | 60. | Order (CAB) that Ps to file w/in 20 days, a RICO case stmt., etc. Copies mailed. |
| Sep 29 | 61. | Progression Order (CAB) - Trial set at 9/87 J session; PTC-DLP, 8/19/87 @ 11:00 A.M.; Settle.-RCP, 6/3/87 @ 11:00 A.M.; Disc. 7/24/87; Mots. 4/24/87; Status 3/27/87 w/ltr. Copies mailed. |
| Oct 16 | 62. | Ps' Applic. for Ext. of Time to Resp. to the RICO Case Statement. |
| Oct 24 | 63. | P's Rico Case Statement w/attachment (In Env.) |
| Oct 27 | 64. | P's addendum to rico case statement. |
| Oct 28 | 65. | Order (CAB) that Ps' mot. for ext. of time granted. Ps shall file their RICO cas statement w/in 10 days of date of this order. Copies mailed. |
| Dec 8 | 66. | D's Not. of Serv. Consolidated Req. for Prod. of Doc. & Cons. Interrog. |
| 1987 Mar 11 | 67. | P's Mot. for Order Compelling Disc. |
| Mar 18 | | RMD PC re; status Mailed to counsel. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-492 |
|---|---|---|
| Roger Kelly | Rosenbaum, Wise | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| Mar 27 | 68. | P's Cert. of Serv. re: Req. for Prof. of Doc. |
| | 69. | Ps' Status Rpt. |
| | 70. | Jt. Stip. for Dismissal. |
| Mar 30 | 71. | D, Financial Planners, Status Report. |
| Mar 30 | 72. | Certain Ds' Status Report. |
| April 1 | 73. | D, Cardell & Asso. Status Report. |
| Apr 3 | 74. | Order (CAB) that Ps' Mot. to compel granted; w/in 10 days, Ps to make inspection of docs; w/in 20 days, Ds to respond to Ps' Req. Copies mailed. |
| Apr 7 | 75. | Copy of remind ltr (CAB) re status report. |
| Apr 10 | 76. | Order (CAB) that action dismissed w/prej as to D, Financial Planners Equity Corp, ea, pay own costs. Copies mailed to counsel. |
| Apr 15 | 77. | Ds, Forney & Fin. Planning Corp. of Amer. Status Rpt. |
| Apr 24 | 78. | Ps' Not. to Take Depos. re: Marvin Lerman |
| | 79. | Ps' Not. to Take Depos. re: Jeffrey S. Lewis. |
| | 80. | Ps' Not. to Take Depos. re: Stephen A. Weiss |
| | 81. | Ps' Not. to Take Depos. re: Arthur Rosenbaum. |
| Apr 27 | 82. | Mot. of M. Pickholz to w/draw as counsel for Ds' Rosenbaum, et al |
| | 83. | Rosenbaum Wise, et al Ds' Not. to take depos. re: Certain idividuals. |
| Apr 28 | 84. | Ds' Not. of serv. Req. for Prod. of Doc. |
| | 85. | Ds' Not. of serv. Interrog. |
| Apr 30 | 86 | Jt Mot & Stip for Order rescheduling progression. |
| May 1 | 87. | Mot. of Atty. Bachman & Blunk to w/draw as counsel for Ps, Ackerman. |
| May 8 | 88. | P's Not. to take depos. of Stanley Pearson. |
| May 14 | 89. | D, Masur's Mot. for SJ. |
| | 90. | D, Masur's filing of evid. in support of Mot. for SJ. |
| May 14 | 91 | Amended Prog. Order (CAB) J; Trial 1-88; PTC 12-2-87 @ 9:00; Disc. 11-27-87; Mots 8-28-87; Status 7-31-87. Copy mailed to counsel & JBJ. |
| May 20 | 92. | Order (CAB) that Mot. (#87) will be granted upon Ps' counsel filing w/Ct. not of w/drawal. Copy mailed to counsel. |
| | 93 | Order (CAB) that Mot. of M. Pickholz to w/draw as counsel for Ds' Rosenbaum, et al is granted. Copy mailed to counsel. |
| May 27 | 94. | Ds;Not. of w/drawal of Atty. Pickholz as counsel. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
|  |  | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987<br>Jun 4 | 95. | Cert. of Rptr., re: various depos. for all cases.<br>Copy mailed to SD. |
| June 8 | 96<br>97 | Cert of Rept re: depos of Shirley Ebert<br>Cert of Rept re: depos of Robert Ebert. Copy mailed to SD |
| June 12 | 98 | Order (CAB) D, Masur, MOt for S/J granted; Masur dismissed as def.<br>Copy mailed to counsel & SD |
| June 15 | 99. | C. Blunk & J. Bachman w/drawal as counsel for Mr. & Mrs. Ackerman. |
| Jun 18 | 100. | Ds' Not. of serv. Resp. & Obj. to Req. for Prod. of Doc.<br>Copy to SD. |
| June 23 | 101. | Ds' Not to take depos re: certain individuals. |
| June 30 | 102.<br>103<br>104<br>105<br>106<br>107 | Bachman & Blunk Mot to w/draw as counsel.<br>Ps' Mot to compel ans to questions propounded upon oral exam.<br>Ps Not to take depos re: certain ind.<br>Ps Not of ser req for adm.<br>Ps Not of Ser interros<br>D, Masur, Mot to correct order of 6/12/87. |
| Jul 6 | 108.<br>109. | Order (CAB) that #107 granted; D, Maser references amended to Masur.<br>Order (CAB) that #102) to w/draw of Bachman & Blunk granted upn filing Not. &<br>Proof of serv. by cert. mail.<br>Copies mailed. |
| July 14 |  | Sent RMD - PC re status report due 7/31/87. |
| Jul 21 | 110. | Atty-Ds' Status Rpt. |
| Jul 23 | 111 | Order (CAB) that Ps' Mot. 103 is referred to Omaha Mag.<br>Copy mailed to counsel |
| July 29 | 112 | Ds' doc. evidence re: mot to compel ans to questions. |
| Aug 3 | 113 | Ps' Status Report. |
| Aug 18 | 114 | Memo. & Order (RGK) that #103 is granted.<br>Copy mailed to counsel. |
| Sep 10 | 115.<br>116. | Ps' Cert. of Serv. re: Ans. to Interrog.<br>Ps' Cert. of Serv. re: Resp. to Req. for Prod. of Doc. |
| Sep 28 | 117.<br>118.<br>119.<br>120.<br>121.<br>122.<br>123.<br>124.<br>125.<br>126.<br>127.<br>128. | Cert. of Rpt. re: Depos. of Mr. & Mrs. Greg Stein.<br>Cert. of Rpt.re: Depos. of Frank McKenize, Jr.<br>Cert. of Rpt. re: Depos. of Mr. & Mrs. Ralph Wolverton.'<br>Cert. of Rpt. re: Depos. of R.B. Loomis.<br>Cert. of Rpt. re: Depos. of Mary Jane Wiederspan.<br>Cert. of Rpt. re: Depos. of Ronald Rodney.<br>Cert. of Rpt. re: Depos. of Mr. and Mrs. Joseph Beister.<br>Cert. of Rpt.re: Depos. of Mr. Kenneth Lang & Ms. Larhae Lang.<br>Cert. of Rpt. re: Depos. of Mr. & Mrs. Ronald Galusha.<br>Cert. of Rpt. re: Depos. of Beverly Andig.<br>Cert. of Rpt. re: Depos. of Mr. & Mrs. Lloyd Johnson.<br>Cert. of Rpt. re: Depos. of Mr. & Mrs. Emil J. Radik, Jr |

: 111A
ev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| Roger Kelly, etal. | Rosenbaum, etal.   85-0-492 | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Nov 3 | 129. | Cert. of Rptr., re: Depos. of Diann & Melvin Young. |
| | 130. | Cert. of Rptr., re: Depos. of Mr/Mrs Glen Driscoll. |
| | 131. | Cert. of Rptr., re: Depos. of Soren Sorensen. |
| | 132. | Cert. of Rptr., re: Depos. of Donald & Vivian Thomas. |
| | 133. | Cert. of Rptr., re: Depos. of Robert E. McCardle. |
| | 134. | Cert. of Rptr., re: Depos. of William & Charlene Galusha. |
| | 135. | Cert. of Rptr., re: Depos. of David L. Mahoney. |
| Nov 19 | 136. | Cert. of Rpt re: Depos. of Dr. & Mrs. Robert E. Bodmer (Orig in CV 85-0-492)). |
| | 137. | Cert. of Rpt. re: Depos. of Mr. & Mrs. Robert W. Brinkman (Orig. in CV 85-0-492). |
| | 138. | Cert. of Rpt. re: Depos. of Emil J. Radik, Jr. (Orig. in CV 85-0-492). |
| | 139. | Cert. of Rpt. re: Depos. of Russell Nash & Salla Nash (Orig. in CV 85-0-492). |
| | 140. | Cert. of Rpt. re: Depos. of Robert E. & Eidth W. Malone (Orig. in CV 85-0-492). |
| Dec 2 | 141. | Ps' Mot & Stip for Order re resched progression. |
| Dec 8 | 142. | Reassignment Order (LES) to RHB. Copy mailed to counsel. |
| | 143. | Progr Order (LES): Trial 4-88; PTC 4-4-88 @ 1:30, etc. Copy mailed to counsel. |
| 1988 | | |
| Jan 8 | 144. | Cert of reptr. of depos re Mr. & Mrs. William Sullivan. |
| March 7 | 145. | Reporter's Certificate deposition of Richard L. Pfeifer and Phyllis M. Pfeifer taken on 02/09/88. |
| Mar 24 | 146. | Reporter's Cert re depo of Mr. and Mrs. Dale Koester |
| Apr 4 | 147. | O (RGK) that parties to file Jt Mot re status report, etc. Copies mailed. |
| Apr 12 | 148. | Jt Mot & stip for O resched Prog and status rpt. |
| Apr 21 | 149. | Memo & O (RGK) that all counsel to appear before RGK 4/28/88 @ 1:30 p.m., etc. Copies mailed. |
| April 28 | 150. | D, Cardell & Assoc. Suggestion in BAnkruptcy. |
| Apr. 28 | 151. | Courtroom Minutes (RGK) hearing on Pretrial, recording log. |
| May 10 | 152. | Prog. Order (RGK): Status 6-15-88; Disc. 2-15-89; PTC b/4 RGK 3-15-89 Trial 4-1-89. Copy mailed. |
| May 23 | 153. | Order (RHB) that CArdell & associates are stayed as def. Copies mailed. |
| July 1 | 154. | Ps' Status Report. |
| July 18 | 155 | Ps mot for leave to amd complaint w/original attch. |
| July 27 | 156. | Ds, Rosenbaum, Not to take depos re certain ind. |
| August 2 | 157. | Rept cert of depos re Mr. and Mrs. Donald Mahoney. |
| August 5 | 158. | Ps status report. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-4 |
|---|---|---|
| KELLY | ROSENBAUM | PAGE ___ OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Aug 15 | 159. | Memorandum & Order (RGK) - IT IS ORDERED: 1. Mot. to file amended complaint granted; 2. Within 5 working days, P shall file the orig. of the Amended Complaint, etc. Copies mailed. |
| | 160. | Amended Complaint. |
| Aug. 17 | 161. | Ps' Notice of Serving Declaration of Expert Witnesses. |
| Aug 19 | 162. | Ps amd complaint. |
| Sept. 9 | 163 | Reporter's Cert. of Depos. of George F. & Laura J. Koontz. |
| Sept. 9 | 164. | Ps' Status Report. (mailed to Judge Battey) |
| Oct. 5 | 165. | Reporter's Cert. of Depos. of John T. Grimes. |
| | 166. | Reporter's Cert. of Depos. of Gordon & Alymra Schwartz. |
| 10/21/88 | 167. | STATUS REPORT of Ps. |
| 11/15/88 | 168. | REPORTER'S CERT. of Depos. of Robert M. and Sally I Juon. |
| | 169. | REPORTER'S CERT. of Depos. of Arthur and Patricia Pearrow. |
| | 170. | REPORTER'S CERT. of Depos. of Mr. and Mrs. Jensen. |
| | 171. | REPORTER'S CERT. of Depos. of Don and Marilyn Ebert. |
| 11/29/88 | 172. | NOTICE of Serving Interrogs. and Req. for Prod. to Newly Added Ps by Ds. |
| 12/8/88 | 173. | STATUS REPORT of Ps. (Original in File CV 85-0-492) Copy to Judge Battey. |
| 12/13/88 | 174. | REPORTER'S CERT. of Depos. of Mr. & Mrs. Dan Simpson. |
| | 175. | REPORTER'S CERT. of Depos. of Larry & Suzann DeBaca. |
| | 176. | REPORTER'S CERT. of Depos. of Ben David and Priscilla Lee. (Original pleadings in CV 85-0-492) |
| 1/4/89 | 177. | ANSWER to Amended Complaints & 2nd Amended Complaints by Ds, Rosenbaum, et al. Copy to Judge Battey. |
| 1/17/89 | 178. | MOTION to compel disc & mot for sanctions for plfs' failure to make or cooperate in discovery by dfts Rosenbaum et al. |
| | 179. | MOTION for SJ by dfts Rosenbaum et al. |
| | 180. | MOTION for add'l time to submit brief in support of mot for SJ, etc. by dfts Rosenbaum et al. |
| | 181. | MEMO & ORDER (RGK) that WGC to assume trial resp for NE cases & Judge Battey to assume trial resp for SD cases; CV 85-0-492 tried 1st; CV 85-0-492 trial '89 J term; PTC 3/15/89 @ 9:00 am. b/4 RGK; prev prog order #85 remain same; no bifurcation is ordered. CCAP |
| 01/17/89 | 182. | MOT to compel D-Arthur R. Rosenbaum to answer questions re financial situation by Ps. Copy to Judge Battey. |
| 1/30/89. | 183. | NOTICE OF Depos. of Frank Gaines 2/9/89 by D. - Rosenbaum., et.al. |
| | 184. | NOTICE of Depo of Alan Gewecke 1/30/89 by D. - Rosenbaum, et. al. |
| | 185. | NOTICE of Depo of Raymond Basili 2/1/89 by D. - Rosenbaum, et. al. |
| | 186. | NOTICE of Depo of Brad Schroeder 2/6/89 by D. - Rosenbaum, et. al. |

JC 111A
Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-492 |
|---|---|---|
| ROGER L. KELLY et al | ROSENBAUM, WISE, LERMAN, KATZ & WEISS, ET AL | PAGE___OF___PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/1/89 | 187. | MOTION & Stip for ext. of brf time & doc evidence submitted to 2/15/89 by Ps & Ds Rosenbaum Law Firm et al., copy mailed to J-Battey |
| 02/01/89 | 188. | ORDER (RGK) grtg extension of time to 2/15/89 to submit brfs in sup of Mot for SJ; brfs in sup of Mot to Compel Disc & doc evidence in sup of the Mots. CCAP. Copy to Battey |
| 2-17-89 | 189. | CERT OF RPT. re:depos.of Martin |
| 02/17/89 | 190. | MOTION & STIP for ext of brfing time & documentary evid submittal by Ps & Ds-Rosenbaum, et al. |
|  | 191. | ORDER (RGK) that the time to submit brfs in supp of the mtn for SJ, brfs in supp of mtn to compel disc & documentary evid in supp of mtns is ext to 3/6/89. This O does not pertain to S.D. cases as RGK has not been designated to sit on the S.D. cases. CCAP & J. Battey. |
|  | 192. | ORDER (RGK) that mtn to compel is denied, w/o prej. CCAP & J. Battey. |
| 02/21/89 | 193 | NOTICE to take depos of Arthur R. Rosenbaum, Elliott Katz, Aaron N. Wise Marvin Lerman and Stephen Weiss by Ps. |
| 02/22/89 | 194. | MOTION for Order to compel attendance/Sanctions by Ps. Copy to Battey. |
| 02/24/89 | 195. | MOTION for Prot. Order/Resch. Prog./Compel by Ds, Rosenbaum, et al. Copy to Battey. |
| 02/27/89 | 196. | MINUTES b/4 RGK - Hrg., re: Mot. to Compel & Prot. Order - Hrg. set 3-7-89, 1:30 Disc. Cf; PTC 3-24-89, 2:30. Copy to Battey. |
|  | 197. | LIST of Exhibits. |
|  | 198. | MOTION to w/draw by Atty Rebensdorf of Forney's. Copy to Battey. |
| 03/01/89 | 199. | NOTICE to take depos. of numerous indiv. by Ps. Copy to Battey. |
|  | 200. | NOTICE of serv. Not. to take depos. by Ps. Copy to Battey. |
| 03/02/89 | 201. | MEMO & ORDER (RGK) that Mots to Compel/Sanctions grtd in part/denied in part; No Sanc grtd; Mot for Prot. Ord. denied; Mot for Amend Prog. Ord-held in abeyance; Setting depos. scheduled; PTC 3/24/89, 2:30, etc. CCAP. Copy to Battey. |
| 3/3/89 | 202. | REASSIGNMENT ORDER (LES) that case reassigned from J-Battey to J-Cambridge for disposition. CCAP copy to Battey |
|  | 203. | MOT to Compel by Ps' |
| 3/6/89 | 204. | NOT to Take Depo of Craig Forney by D's |
| 3/7/89 | 205. | MINUTES b/4 RGK - Hrg on Disc CF & P's mot to compel denied w/out prej. brf sched set. |
| 3/7/89 | 206. | LIST OF EXHIBITS w/attachments |
| 3/9/89 | 207. | MOTION for relief fr. Memo & Order of 2-27-89 by Rosenbaum Ds. |
|  | 208. | MEMO & ORDER (RGK) that Mot. of Ps to compel testimony of lawyer/Ds re: financial status is denied. CCAP. |
| 03/10/89 | 209. | MINUTES (RGK) Hrg on D's Mot for Relief from 2/27/89 Ord. |
|  | 210. | LIST OF EXHIBITS (orig in 492). |
|  | 211. | MEMO & ORDER (RGK) that Mot for Relief fr. 2/27/89 Ord is denied w/o prej. CCAP. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0- |
|---|---|---|
| Kelly | Rosenbaum | PAGE___OF___PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03/17/89 | 212. | MOTION to strike D-Rosenbaum, et al., designation of exp witn by Ps. Copy to Battey |
|  | 213. | NOTICE of serv obj to inspection or copying of designated docs by Qualley. |
| 3/27/89 | 214. X | MEMO & ORDER (RGK) that disc. deadline for Kelly case is 6/2/89; final PTC 6/12/89, 1:30; depos. of Qualley, Wiedeman & Wies by 4/10/89; depos. of Nielson by 4/14/89; Req. doc. in Kelly case by 4/28/89; lawyer/Ds depos. during 4/17/89 wk w/hrs. set; Ps suppl. exp. desig. by 5/8/89; Ds supp. 5/24/89; Ps rebuttal by 5/29/89; Depos. of Ps' experts by 5/15/89; Ds experts 5/29/89; wk. of 5/22/89 disc. re: SD Brown case; Ps' Mot. to strike experts - denied; req. for sanctions reserved; these cases stayed as to Ds Cardell & Assoc; K. Forney; C. Forney & R. Basili. CCAP. |
| 4/10/89 | 215. | CRT REPRTS Cert of Depo of Frank H. Gaines for D. |
|  | 216. | CRT REPRTS Cert of Depo of Dr. Franklin and Debbie Jo Dobson for Ds |
| 4/11/89 | 217. | REPORTER'S CERT. of depo of Raymond Basili. |
|  | 218. | REPORTER'S CERT. of depo of George Qualley. |
|  | 219. | REPORTER'S CERT. of depo of John Nielsen. |
|  | 220. | REPORTER'S CERT. of depo of Alan Gewecke Vol II. |
| 4/18/89 | 221. | REPORTER'S CERT re: depo of Alan Gewecke. |
| 4/20/89 | 222. | REPORTER'S CERT. of depos of Marvin Lerman. |
| 05/10/89 | 223. | MOTION for relief from Prog Ord by Ps. (Mr. Stamper to provide oral testimony at other designated time rather than week of 5/15/89) original filed in 85-0-492. |
| 5/11/89 | 224. | NOTICE of serv resp & obj to Ps' 3rd req for prod of docs by Ds Rosenbaum, et al. |
| 05/12/89 | 225. | MINUTES (RGK) hrg on oral argmnt (Filing #223); P's to have J. Harlan Stamper avail for depo no later than 5/21/89; written O forthcoming. |
|  | 226. | LIST OF EXHS. |
|  | 227. | MEMO & ORDER (RGK) that Ps' mot for relief fr prog O grntd & den in part; Ps make experts avail for depo by 5/21/89; depo for exp in KC, Missouri may take plc there. CCAP. |
| 5/18/89 | 228. | MOTION to compel disc by Ps MR & MRS Roger Kelly, et al. |
| 5/22/89 | 229. | MOTION to strike Ps desig of expert witness, mot to compel disc., and sanctions by Ds. |
|  | 230. | AFFIDAVIT of P. Shawn McCann |
| 05/23/89 | 231. | MINUTES (RGK) hrg on filing 228 & 229; P's Mot (filing #228) denied in part & grtd in part as reflected on Ct record. Order forthcoming on filing #229. |
|  | 232. | LIST of exhibits. |
|  | 233. | NOTICE to take records depo of Jack E. Herstein by Ds Rosenbaum, et al. |
| - | 234. | REQ for Prod. of Doc. by Ds, Rosenbaum, etal. |
|  | 235. | NOTICE to take depos. of Larry Hartman by Ds, Rosenbaum, etal. |
|  | 236. | NOTICE to take depos of Jack or Patti Herstein by Ds, Rosenbaum, etal. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-492 |
|---|---|---|
| Kelly | Rosenbaum | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/23/89 | 237. | NOTICE to take depos. of Debra Bolinger by Ds, Rosenbaum, etal. |
|  | 238. | NOTICE to take depos. of William Johnson by Ds, Rosenbaum, etal. |
|  | 239. | NOTICE to take depos. of J. Harlan Stamper by Ds, Rosenbaum, etal. |
| 05/25/89 | 240. | MOT to strike any design of expt witnesses of D-Rosenbaum, et al. by Ps. |
|  | 241. | ORDER (RGK) that filing #240 set for hrg on 5/26/89 at 3:00 p.m. CCAP. |
|  | 242. | NOTICE of serv Ds' designation of expt witnesses by D-Rosenbaum, et al. |
| 5/26/89 | 243. | NOTICE of serv. Declar. of exp witnesses by Ps. |
|  | 244. | NOTICE of serv. Req. for Prod. of Doc. by Ps. |
|  | 245. | MINUTES b/4 RGK - Hrg. on Mot. to strike exp. witnesses by P - submitted; |
|  | 246. | LIST of Exhibits. |
| 5/30/89 | 247. | DEPOS OF J. Harlan Stamper by Ds (original in file) |
|  | 248. | MEMO AND ORDER (RGK) re: P's mot to compel (#228) is grntd and denied in part; D's mot to strike P's desig of exprt witns, mot to cmpl disc & for sanctions (#229) is generally denied except that P's counsel shall supply D's counsel w/copy of all docs pertaining to Mr. Stamper's opinion; Clrk to file Stamper depo; P's mot to strike D's desig of expt wtns (#240) is generally denied - 1 exprt stricken; 3 exprts may be called; P's have to 6/6/89 to srv rebuttal. CCAP |
| 06/01/89 | 249. | ORDER (RGK) that mtn of George O. Rebensdorf to w/draw as cnsl for Craig & Kathleen Forney is grtd, contingent upon compliance w/ Local Rules of Prac. CCAP. |
| 06/02/89 | 250. | MOTION to strike exp witn test of Mr. Barry Lake & Mr. Julian Kornfeld by Ps. |
|  | 251. | NOTICE to take depo of Truth Verification Service by Ds Rosenbaum, et al. |
|  | 252. | MINUTES bef. RGK re mot to strike & mot to reconsid; P's mot to strike den in part; D's mot to reconsid grntd; P given to 6/9/89, 12:00 for rebuttal design; Mr. Cornfeld & Mr. Lake will be produced in Oma. |
|  | 253. | LIST of exh. |
| 6/5/89 | 254. | REPORTER'S CERT. of depo of Jack E. Herstein. |
|  | 255. | REPORTER'S CERT. of depo of Marvin Lerman. |
|  | 256. | REPORTER'S CERT. of depo of Stephen A. Weiss. |
|  | 257. | REPORTER'S CERT. of depo of Elliott Katz. |
|  | 258. | REPORTER'S CERT. of Depo of George Qualley. |
|  | 259. | REPORTER'S CERT. of Depo of Susan Gresser Rosmarin. |
| 06/05/89 | 260. | MOTION to reconsider O of 5/30/89 etc by Ds - Rosenbaum, et al. |
|  | 261. | MEMO & O (RGK) that #250 denied; #260 denied except that D not obligated to strike an exp & D may call 4 prev design exps; Ps to serv rebuttal exp stmnt by noon 6/9/89; D - Rosenbaum firm supply for depo in Omaha, NE. CCAP. |
| 06/08/89 | 262. | CERT of depo of John Uhrich. |
|  | 263. | CERT of depo of J. Harlan Stamper. |
|  | 264. | CERT of depo of Barry Lake. |
| 06/13/89 | 265. | MOTION to consolidate common issues of law & mtn for sep T of the statute of limitations, reliance, damage & RICO issues by Ds - Rosenbaum, et al. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| KELLY, et al. | ROSENBAUM, et al. | DOCKET NO. 85-O-492<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/13/89 | 266. | MOTION for bifurcated T on the issue of statute of limitations by Ds - Rosenbaum, et al. |
| | 267. | MOTION in Limine by Ps. |
| 6/16/89 | 268. | NOTICE and settlement and Order (RGK) re: that parties have 30 days from O to file jnt stip for dism; absent compliance - these cases may be dismd w/out further notice; any PTC or T sched is cancelled. CCAP |
| | 269. | MINUTES b/4 RGK re: Settlement agreement on record tape to be sealed. |
| | 270. | MOTION to disqualify counsel Jerome E. Bachman and Christian Blunk from case by D-Rosenbaum etc |
| | 271 | APPEARANCE of counsel - Jerome J. Ortman for Ps- Kelly and Lutz. |
| 6/19/89 | 272. | REPORTER'S cert of depo of Hubert Shields & Phyllis Shields. |
| | 273. | REPORTER'S cert of depo of Barry K. Lake. |
| | 274. | REPORTER'S cert of depo of John Uhrich. |
| | 275. | REPORTER'S cert of depo of Kenneth & Mercedes Stierwalt. |
| | 276. | REPORTER'S cert of depo of Alton Power. |
| | 277. | REPORTER'S cert of depo of James Dean. |
| | 278. | REPORTER'S cert of depo of Julian P. Kornfeld. |
| | 279. | REPORTER'S cert of depo of Aaron Wise. |
| 7/6/89 | 280. | REPORTER'S CERT. of depo of George Qualley. |
| 7/17/89 | 281. | APPEARANCE of George Qualley as cnsl for Ps Charles J. & Susan K. Kral. |
| 07/24/89 | 282. | JOINT STIP for dism w/prej; each pty bear own costs; complete record waived. |
| | 283. | ORDER (WGC) that Compl as amend of all Ps exc. Ackerman & Kral dism w/prej; each pty pay own costs; Compl as amend of Ackerman & Kral dism w/prej; each pty pay own costs for fail to appear @ PTC. CCAP. |
| | | **CLOSED ON JS & PC** |
| 7/26/89 | 284. | MOTION for Relief from Ord of 7/24/89 by Ps-C. J. & S. K. Kral. |
| 07/31/89 | 285. | AFFIDAVIT of Susan Kral. |
| 08/09/89 | 286. | NOTICE to take depo of Christian R. Blunk by Ds - Rosenbaum, et al. |
| | 287. | NOTICE to take depo of James E. Bachman by Ds - Rosenbaum, et al. |
| 8/10/89 | 288. | MEMO & ORDER & Mag's F & Rs re: Robert Becker enter his appear for Geschwenders Recommend to WGC that cases CV 85-0-493 (Prelle) 85-0-785 and 87-0-64 for Hargus and 85-0-785 and 87-0-64 for John Hrbek be dismd w/out prej. CCAP |
| 8/11/89 | 289 | ORDER (RGK) that Filing #284 (P Kral mot for rlf frm O) is set for hrng 8/21/89 at 1:30 p.m. CCAP |
| 08/14/89 | 290. | ORDER (RGK) that oral argmnt prev set 8/21/89 has been reset to 8/24/89 @ 1:30. CCAP. |
| 08/24/89 | 291. | MINUTES (RGK) hrg on #284; evid by P; recomm coming. |
| | 292. | LIST OF EXHIBITS. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO 85-0-492 |
|---|---|---|
| KELLY, et al. | ROSENBAUM, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08/30/89 | 293. | MAGIS'S F & R (RGK) recommended to WGC that filing #284 grtd & M/M Kral dismissed w/o prej, each party to bear own costs.  CCAP |
| 09/01/89 | 294. | CERT/RPTR re: depo of James E. Bachman. |
| 10/19/89 | 295. | ORDER (WGC) that Magis' F & R adopted; #284 grtd; clms of Charles J. & Susan K. Kral dism w/o prej; each pty bear own costs.  CCAP. |
| | 296. | JUDGMENT (WGC) that Magis' F & R adopted; #284 grtd; clms of Charles J. & Susan K. Kral dism w/o prej; each pty bear own costs.  CCAP. |
| 10/29/90 | | MLD exh to Df.    sam |
| 10/31/90 | 297. | RECEIPT for exh by Df.    sam |
| 11/1/90 | 298. | RECEIPT for exh by P.    kg |

SEE AUTOMATED DOCKET FOR
ADDITIONAL PLEADINGS, IF ANY

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|---|
| | | | | PAGE ____ OF ____ PAGES |
| DATE | NR. | | PROCEEDINGS | |
| | | | | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|
| | | | PAGE ____ OF ____ PAGES |
| DATE | NR. | PROCEEDINGS | |